# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

November 10, 2021

**VIA CM/ECF**
Honorable Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square - Courtroom 906
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2021
```

      Re:    Velasquez v. Orange Glou LLC, et al.
              Case 1:21-cv-07448-AJN

Dear Judge Nathan:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for November 19, 2021, at 3:30 p.m., in your Honor's Courtroom. However, Defendants have not yet formally appeared in this matter, having been properly served through the Secretary of State, and the Affidavits of Service will be filed shortly. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

      Thank you for your consideration of this first adjournment request.

Sincerely,<br><br>
By: /S/   B. Bradley Weitz<br>
     B. Bradley Weitz, Esq. (BW9365)<br>
     THE WEITZ LAW FIRM, P.A.<br>
     Attorney for Plaintiff<br>
     Bank of America Building<br>
     18305 Biscayne Blvd., Suite 214<br>
     Aventura, Florida 33160<br>
     Telephone: (305) 949-7777<br>
     Facsimile:  (305) 704-3877<br>
     Email: bbw@weitzfirm.com

**The initial pre-trial conference scheduled for November 19, 2021 is adjourned to February 18, 2022 at 3:30 p.m.**

*[Signature: Alison J. Nathan]*

11/12/2021