UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/22
```

Velasquez,

        Plaintiff,

–v–

Orange Glou LLC, et al.,

        Defendants.

21-cv-7448 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The memo endorsement entered at docket number 36 was issued in error and is hereby withdrawn.

SO ORDERED.

Dated: February 16, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1